**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.  EDCV 10-01529 VAP(DTBx)                    Date:  February 10, 2011

Title:   RICHARD BRYAN CLYMER -v- ELIZABETH BLEIER, ESQ., BLEIER & COX, AND DOES 1 THROUGH 5 INCLUSIVE
===============================================================
PRESENT:      HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Marva Dillard                                         None Present
    Courtroom Deputy                                 Court Reporter

ATTORNEYS PRESENT FOR                    ATTORNEYS PRESENT FOR
PLAINTIFFS:                                            DEFENDANTS:

    None                                                      None

PROCEEDINGS:      MINUTE ORDER ORDERING PLAINTIFF TO SHOW CAUSE WHY HIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE (IN CHAMBERS)

    On October 5, 2010, Plaintiff Richard Bryan Clymer ("Plaintiff") filed a complaint ("Complaint") against Defendants Elizabeth Bleier, Bleier & Cox, and Does 1 through 5, inclusive (collectively, "Defendants").  (Doc. No. 1.)  Plaintiff has not filed any proof of service of the summons and Complaint on Defendants.  Under Federal Rule of Civil Procedure 4(m), defendants must be served within 120 days after the complaint is filed.  Thus, Defendants should have been served by February 2, 2011.

    Accordingly, the Court ORDERS Plaintiff to show cause, in writing, why the

MINUTES FORM 11                                         Initials of Deputy Clerk __md___
CIVIL -- GEN                            Page 1

**EDCV 10-01529 VAP(DTBx)**
**RICHARD BRYAN CLYMER v. ELIZABETH BLEIER, ESQ., et al.**
**MINUTE ORDER of February 10, 2011**

case should not be dismissed for failure to prosecute.  Plaintiff may respond to this order by filing a procedurally-proper proof of service for Defendants no later than February 20, 2011.  Failure to respond to this order will result in dismissal of Plaintiff's action.

**IT IS SO ORDERED.**

MINUTES FORM 11                                                            Initials of Deputy Clerk __md___
CIVIL -- GEN                                                                       Page 2