**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BRYAN CLYMER, | Case No. EDCV 10-01529 VAP(DTBx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ELIZABETH BLEIER, ESQ., BLEIER & COX, AND DOES 1 THROUGH 5 INCLUSIVE, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:  February 25, 2011

VIRGINIA A. PHILLIPS
United States District Judge